IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J. P. WASHINGTON, ID # 1163427, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:05-CV-1932-N |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Court hereby informs the Fifth Circuit Court of Appeals that petitioner timely filed his notice of appeal by placing it in the prison mail system on April 18, 2007. The Court returns the case to the Fifth Circuit Court of Appeals for further proceedings on the timely-filed notice of appeal.

**SIGNED** this **30th** day of **November**, 2007.

*David C Godbey*
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**